UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Francisco Moreno Saucedo<br><br>Defendant(s) | CRIMINAL NO. 08mj1691<br>ORDER 08CR1920-LAB<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08656298 |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Rosa Elena Giles-Martinez

DATED: 6/12/08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by /s/ Hernandez
Deputy Clerk
L. HERNANDEZ