AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA


FILED
JUN 12 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| FRANCISCO MORENO-SAUCEDO | CASE NUMBER: 08CR1920-LAB |

I, FRANCISCO MORENO-SAUCEDO, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___June 12, 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Francisco Saucedo_
Defendant

_Carli Mitchum_
Defense Counsel

Before _[signature]_
Judicial Officer