# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs   FRANCISCO MORENO SAUCEDO                           No.   08CR1920-LAB

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on _____ and ended on _____ ; (        )

6-26-08   and ended on   9-15-08   . ( X7, XT1

3161(h)

___(1)(A)    Exam or hrg for **mental or physical incapacity**                                    A

___(1)(B)    **NARA exam**ination (28:2902)                                                        B

___(1)(D)    State or Federal trials or **other charges pending**                                  C

___(1)(E)    **Interlocutory appeals**                                                             D

___(1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)                          E

___(1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)                             F

___(1)(J)    **Proceedings under advisement** not to exceed thirty days                            G

___          Misc proc:  Parole or prob rev, deportation, **extradition**                          H

___(1)(H)    **Transportation** from another district or to/from examination
             or hospitalization in ten days or less                                                6

✗(1)(I)      Consideration by Court of **proposed plea agreement**                                  ⑦

___(2)       **Prosecution deferred** by mutual agreement                                          I

___(3)(A)(B) **Unavailability of defendant** or **essential witness**                              M

___(4)       Period of **mental or physical incompetence** of defendant to
             stand trial                                                                           N

___(5)       Period of **NARA commitment or treatment**                                            O

___(6)       **Superseding indictment and/or new charges**                                         P

___(7)       **Defendant awaiting trial of co-defendant** when no severance
             has been granted                                                                      R

___(8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than
             one of the reasons below are given in support of continuance                          T

___(8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                                Ⓣ1
                would result in a **miscarriage of justice** and
                the ends of justice outweigh the best interest
                of the public and the defendant in a speedy trial.
                **(Continuance - miscarriage of justice)**
✗            2) Failure to grant a **continuance** of the trial would result in
                a miscarriage of justice as the defendant has tendered a
                guilty plea to a magistrate judge and is awaiting a
                determination as to whether the plea will be accepted.
                **(Continuance - tendered a guilty plea)**

___(8)(B)(ii)  2) **Case** unusual or **complex**                                                  T2

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days          T3

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,                T4
                  or give reasonable time to prepare
                  **(Continuance re counsel)**

___3161(I)   Time up to **withdrawal of guilty plea**                                              U

___3161(b)   **Grand jury indictment time extended** thirty (30) more days                         W

Date___6/26/08_____                              _____
                                                   Judge's Initials